

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00482-CV

Jennifer **HERRERA** and Danielle Gaitan,
Appellants

v.

Ryan **AGUERO** and Rudy Aguero,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-16450
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: October 11, 2023

DISMISSED

Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellants. *See id.* R. 42.1(d).

PER CURIAM